AO 93  (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: H19-0106M | Date and time warrant executed: 1/29/19 | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of: N/A | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Data extracted.

United States Courts
Southern District of Texas
FILED

JUN 18 2019

David J. Bradley, Clerk of Court

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/29/19

Executing officer's signature

Ricardo Morales, Special Agent
Printed name and title

43

AO 93 (Rev. 01/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
для
Southern District of Texas

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   **H19-0106M**
Verizon ZTE Model Z839, IMEI 864668030677313, S/N )
320376585848. See Attachment A. )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Southern   District of   Texas
*(identify the person or describe the property to be searched and give its location):*

Verizon ZTE Model Z839, IMEI 864668030677313, S/N 320376585848. See Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Evidence and instrumentalities of a crime.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before   Feb 1 2019
                                                            *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
  Nancy K. Johnson                              .
            *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for _____ days *(not to exceed 30).*
                                                 ☐until, the facts justifying, the later specific date of _____.

Date and time issued:   1/18/2019 10:00 a.m.   _____
                                                  *Judge's signature*

City and state:   Houston, Texas            Nancy K. Johnson, United States Magistrate Judge
                                                  *Printed name and title*